Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
Jack Yamin*
jyamin@edelson.com
Chandler R. Givens*
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**Pro hac vice* admission to be sought.

*Attorneys for Plaintiff and the Putative Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,<br><br>*Defendants*. | Case No. 14-cv-00596<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES** |

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of this proceeding:

>   Edelson PC
>   350 North LaSalle Street, Suite 1300
>   Chicago, Illinois 60654
>
>   (counsel for Plaintiff)
>
>   Edelson PC
>   555 West Fifth Street, 31st Floor
>   Los Angeles, California 90013
>
>   (counsel for Plaintiff)

                                      Respectfully submitted,

                                      **MIGUEL GARCIA**, individually and on behalf of all others similarly situated,

Dated: February 7, 2014                 By:   /s/  Mark Eisen
                                                          One of Plaintiff's Attorneys

                                      Mark Eisen (SBN - 289009)
                                      meisen@edelson.com
                                      EDELSON PC
                                      555 West Fifth Street, 31st Floor
                                      Los Angeles, California 90013
                                      Tel: 213.533.4100
                                      Fax: 213.947.4251

                                      Jay Edelson*
                                      jedelson@edelson.com
                                      Rafey S. Balabanian*
                                      rbalabanian@edelson.com
                                      Benjamin S. Thomassen*
                                      bthomassen@edelson.com
                                      Jack Yamin*
                                      jyamin@edelson.com
                                      Chandler R. Givens*
                                      cgivens@edelson.com
                                      EDELSON PC
                                      350 North LaSalle Street, Suite 1300

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice* admission to be sought.

*Attorneys for Plaintiff and the Putative Class*