Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA<br><br>                Plaintiff(s),<br><br>   v.<br><br>ENTERPRISE HOLDINGS, INC. and LYFT INC.<br><br>                Defendant(s). | Case No: C 14-00596<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

   I, Rafey S. Balabanian, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Miguel Garcia in the above-entitled action. My local co-counsel in this case is Mark Eisen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654 | 555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013 |
| MY TELEPHONE # OF RECORD:<br>312.589.6370 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>213.533.4100 |
| MY EMAIL ADDRESS OF RECORD:<br>rbalabanian@edelson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>meisen@edelson.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6285687.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 2/17/2014                                                          Rafey S. Balabanian
                                                                                         APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Rafey S. Balabanian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Rafey Sarkis Balabanian
Edelson LLC
350 North LaSalle Drive
Suite 1300
Chicago, IL 60654-7582

Chicago
Monday, September 23, 2013

Re: Rafey Sarkis Balabanian
Attorney No. 6285687

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Rafey Sarkis Balabanian was admitted to the practice of law in Illinois on 11/10/2005; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Roxanne Trenter
Senior Deputy Registrar

RT