AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MIGUEL GARCIA, individually and on behalf of all others similarly situated,

Plaintiff(s)

v.

ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,

Defendant(s)

Civil Action No. 14-cv-00596

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENTERPRISE HOLDINGS, INC.

c/o

C T CORPORATION SYSTEM
120 S Central Ave
St Louis MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Eisen
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor / Los Angeles, California 90013
Tel: 213.533.4100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT
Richard W. Wieking

*Cynthia G. Lenahan*

Signature of Clerk or Deputy Clerk

Date: February 10, 2014

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT

District of Northern California

Case Number: 14-CV-00596

**Plaintiff:**
Miguel Garcia, individually and on behalf of all others similarly situated

vs.

**Defendant:**
Enterprise Holdings, Inc. a Missouri corporation, and LYFT Inc. d/b/a Zimride, a Delaware corporation

**For:**
Mark Eisen
555 West Fith St.
31st Floor
Los Angeles, CA 90013

Received by Pro Serve on the 10th day of February, 2014 at 8:47 am to be served on **Enterprise Holdings, Inc., 120 So. Central Ave., St. Louis, MO 63105**.

I, Tim Moore, do hereby affirm that on the **12th day of February, 2014 at 3:02 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons In A Civil Action** with the date and hour of service endorsed thereon by me, to: **Bonnie Love** as Registered Agent at the address of: **CT Corp, 120 S Central Avenue, St. Louis, MO 63105** on behalf of **Enterprise Holdings, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Tracy Tunell
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires 12/3/2016
Commission #12695616

Tim Moore
Process Server

Pro Serve
6614 Clayton Rd #311
St. Louis, MO 63117
(314) 961-2222

Our Job Serial Number: TMO-2014000045

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n