| Attorney or Party without Attorney: <br> EDELSON PC <br> 555 W. 5TH STREET <br> 31ST FLOOR <br> LOS ANGELES, CA 90013 <br> Telephone No: (213)533-4100 <br><br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | | |
| Plaintiff: MIGUEL GARCIA, ETC. | | |
| Defendant: ENTERPRISE HOLDINGS, INC., ETC., ET AL. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 14-CV-00596 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; LETTER DATED FEBRUARY 12, 2014

3. a. Party served: LYFT, INC.
   b. Person served: JAY BECDACH, CLERK AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 8605 SANTA MONICA BLVD. LOS ANGELES, CA 90069

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Feb. 12, 2014 (2) at: 5:00PM

7. *Person Who Served Papers:*
   a. MOHAMMAD RAFIQUZZAMAN

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone (213) 250–9111
   Fax (213) 250–1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 6600
       (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Feb. 13, 2014

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE (MOHAMMAD RAFIQUZZAMAN) .ede.593054