1  CROWELL & MORING LLP
   J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
2  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
3  Telephone: 415.986.2800
   Facsimile: 415.986.2827
4
   Attorneys for Defendant
5  ENTERPRISE HOLDINGS, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | MIGUEL GARCIA, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-00596
13 | | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**
   | Plaintiff, |
14 | |
15 | v. | Local Rule 6-1(a)
   | ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a/ Zimride, a Delaware corporation, |
16 | |
17 | |
   | Defendants. |
18

19

20     The parties hereby stipulate that the time for Defendant Enterprise Holdings, Inc., to

21 respond to the complaint shall be extended through and including April 4, 2014.

22

23

24

25

26

27

28

                                    STIPULATION EXTENDING TIME TO RESPOND TO
                                         COMPLAINT; CASE NO. 3:14-cv-00596

| | | |
|---|---|---|
| 1 | Dated: February 20, 2014 | EDELSON PC |
| 2 | | */s/ Benjamin S. Thomassen* |
| 3 | | Benjamin S. Thomassen<br>Attorneys for Plaintiff and Punitive Class |
| 4 | Dated: February 20, 2014 | CROWELL & MORING LLP |
| 5 | | */s/ J. Daniel Sharp* |
| 6 | | J. Daniel Sharp<br>Attorneys for Defendant<br>Enterprise Holdings, Inc. |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: February 21, 2014          */s/ J. Daniel Sharp*
                                           J. Daniel Sharp

35004\0046\356726.1