1  CROWELL & MORING LLP
   J. Daniel Sharp (CSB No. 131042, dsharp@crowell.com)
2  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
3  Telephone: 415.986.2800
   Facsimile: 415.986.2827
4
   Attorneys for Defendant
5  ENTERPRISE HOLDINGS, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| 12 MIGUEL GARCIA, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-00596 |
|---|---|
| 13 Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| 14 v. | **AND** |
| 15 ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a/ Zimride, a Delaware corporation, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| 16 Defendants. | |

19

20        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21        The undersigned party hereby declines to consent to the assignment of this case to a

22  United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

23  this case to a United States District Judge.

24  Dated: February 21, 2014                    CROWELL & MORING LLP

25                                                  */s/ J. Daniel Sharp*

26                                                  J. Daniel Sharp
                                                    Attorneys for Defendant
27                                                  Enterprise Holdings, Inc.
    35004\0046\356726.1
28

                                              DECLINATION TO PROCEED BEFORE A
                                              MAGISTRATE JUDGE & REQUEST REASSIGNMENT
                                              TO A U.S. DIST. JUDGE; CASE NO. 3:14-cv-00596