KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
MICHELLE S. YBARRA - #260697
mybarra@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415-391-5400
Facsimile:      415-397-7188

Attorneys for Defendant
LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,<br><br>Defendants. | Case No. 4:14-cv-00596-SBA<br><br>**NOTICE OF APPEARANCE**<br><br><br>Date Filed: February 7, 2014<br><br>Judge:        Hon. Saundra B. Armstrong |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the following attorneys hereby appear in this action as counsel of record for Defendant Lyft, Inc.:

>Rachael E. Meny - #178514
>rmeny@kvn.com
>Jennifer A. Huber - #250143
>jhuber@kvn.com
>Michelle S. Ybarra - #260697
>mybarra@kvn.com
>Keker & Van Nest LLP
>633 Battery Street
>San Francisco, CA  94111-1809
>Telephone:     (415) 391-5400
>Facsimile:     (415) 397-7188

Dated:  February 25, 2014                                  KEKER & VAN NEST LLP

                                       By:   */s/ Rachael E. Meny*
                                             RACHAEL E. MENY
                                             JENNIFER A. HUBER
                                             MICHELLE S. YBARRA

                                             Attorneys for Defendant
                                             LYFT, INC.