1  KEKER & VAN NEST LLP
   RACHAEL E. MENY - #178514
2  rmeny@kvn.com
   JENNIFER A. HUBER - #250143
3  jhuber@kvn.com
   MICHELLE S. YBARRA - #260697
4  mybarra@kvn.com
   633 Battery Street
5  San Francisco, CA  94111-1809
   Telephone:     415-391-5400
6  Facsimile:     415-397-7188

7  Attorneys for Defendant
   LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,<br><br>Defendants. | Case No. 4:14-cv-00596-SBA<br><br>**STIPULATION EXTENDING DEFENDANT LYFT, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Hon. Saundra Brown Armstrong<br><br>Date Filed:  February 7, 2014 |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Miguel Garcia and Defendant Lyft, Inc. ("Lyft"), hereby jointly stipulate that Lyft shall have until April 4, 2014 to file its responsive pleading to the Complaint. |
| 4 | This extension of Lyft's time to respond to the Complaint will not alter any other deadlines set by Court order in this action. |
| 6 | IT IS SO STIPULATED. |

Dated: February 25, 2014                     EDELSON PC

                                             By:  */s/ Benjamin S. Thomassen*
                                                  BENJAMIN S. THOMASSEN

                                                  Attorneys for Plaintiff


Dated: February 25, 2014                     KEKER & VAN NEST LLP


                                             By:  */s/ Jennifer A. Huber*
                                                  RACHAEL E. MENY
                                                  JENNIFER A. HUBER
                                                  MICHELLE S. YBARRA

                                                  Attorneys for Defendant
                                                  LYFT, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 25, 2014                     */s/ Jennifer A. Huber*
                                             JENNIFER A. HUBER

---

1
STIPULATION EXTENDING DEFENDANT LYFT INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 4:14-cv-00596-SBA

805795.01