KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
MICHELLE S. YBARRA - #260697
mybarra@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Attorneys for Defendant
LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,<br><br>Defendants. | Case No. 4:14-cv-00596-SBA<br><br>**DEFENDANT LYFT, INC. D/B/A ZIMRIDE'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Filed: February 7, 2014<br><br>Judge: Hon. Saundra B. Armstrong |

DEFENDANT LYFT, INC. D/B/A ZIMRIDE'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No. 4:14-cv-00596-SBA

806067.01

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, Defendant Lyft, Inc. ("Lyft") hereby files its corporate disclosure statement and certification of interested entities or persons.

Lyft has no parent corporation and no publicly held corporation owns more than 10% of Lyft's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 27, 2014                      KEKER & VAN NEST LLP

                                          By:    */s/ Michelle S. Ybarra*
                                                   RACHAEL E. MENY
                                                   JENNIFER A. HUBER
                                                   MICHELLE S. YBARRA

                                                   Attorneys for Defendant
                                                   LYFT, INC.

1
DEFENDANT LYFT, INC. D/B/A ZIMRIDE'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 4:14-cv-00596-SBA

806067.01