| Attorney or Party without Attorney:<br>EDELSON LLC<br>350 NORTH LASALLE STREET<br>SUITE 1300<br>CHICAGO, IL 60654<br>Telephone No: 312-589-6370<br><br>Attorney for: | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | | |
| Plaintiff: MIGUEL GARCIA | | | | | |
| Defendant: ENTERPRISE HOLDINGS INC | | | | | |
| PROOF OF SERVICE<br>HAND DELIVERY | Hearing Date:<br>Wed, May. 07, 2014 | Time:<br>3:15PM | Dept/Div: | Case Number:<br>C 14-00596 SBA | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served:           LYFT INC.
   b. Person served:          JAY BECDACH, MANAGER AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    8605 SANTA MONICA BLVD.
                                          LOS ANGELES, CA 90069

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Feb. 26, 2014 (2) at: 3:50PM

7. *Person Who Served Papers:*
   a. MOHAMMAD RAFIQUZZAMAN

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   6600
      (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Feb. 27, 2014

   Judicial Council Form                 PROOF OF SERVICE          (MOHAMMAD RAFIQUZZAMAN)
   Rule 2.150.(a)&(b) Rev January 1, 2007    HAND DELIVERY                                       .edemc.596119