Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Jack D. Yamin (Admitted *Pro Hac Vice*)
jyamin@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC. d/b/a Zimride, a Missouri corporation, and LYFT INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 4:14-cv-00596-SBA<br><br>**NOTICE OF CONSENT TO FILE FIRST AMENDED COMPLAINT AND STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT** |

Please take notice that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Lyft, Inc. and Enterprise Holdings, Inc. hereby provide their written consent for Plaintiff Miguel Garcia to amend his class action complaint, which shall be filed contemporaneously with this Notice.

Further, pursuant to Civil Local Rule 6-1(b), the Parties hereby stipulate that Defendants Lyft, Inc. and Enterprise Holdings, Inc. shall have until April 28, 2014 to file responsive pleadings to Plaintiff's Amended Complaint. The extended response time will not alter any other deadlines set by Court order in this action, and mirrors the extension the Parties agreed to following the filing of Plaintiff's original complaint. (*See* Dkt. Nos. 19, 25; Declaration of Benjamin S. Thomassen, attached hereto as Exhibit A.)

IT IS SO STIPULATED.

**MIGUEL GARCIA**, individually and on behalf of all others similarly situated,

Dated: March 28, 2014

By: /s/ Benjamin S. Thomassen
Benjamin S. Thomassen

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Jack Yamin (Admitted *Pro Hac Vice*)
jyamin@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**DEFENDANT LYFT, INC.**

Dated: March 28, 2014                    By: /s/ Jennifer A. Huber
                                              Jennifer A. Huber

                                         KEKER & VAN NEST LLP
                                         RACHAEL E. MENY - #178514
                                         rmeny@kvn.com
                                         JENNIFER A. HUBER - #250143
                                         jhuber@kvn.com
                                         MICHELLE S. YBARRA - #260697
                                         mybarra@kvn.com
                                         633 Battery Street
                                         San Francisco, CA  94111-1809
                                         Telephone:   415-391-5400
                                         Facsimile:    415-397-7188

**DEFENDANT ENTERPRISE HOLDINGS, INC.**

Dated: March 28, 2014                    By: /s/ J. Daniel Sharp
                                              J. Daniel Sharp

                                         CROWELL & MORING LLP
                                         J. Daniel Sharp (CSB No. 131042)
                                         dsharp@crowell.com
                                         275 Battery Street, 23rd Floor
                                         San Francisco, CA  94111
                                         Telephone: 415.986.2800
                                         Facsimile: 415.986.2827

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____          _____
                                         HONORABLE SANDRA BROWN ARMSTRONG
                                         United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin S. Thomassen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: March 28, 2014          By:     /s/ Benjamin S. Thomassen
                                       Benjamin S. Thomassen