Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Jack D. Yamin (Admitted *Pro Hac Vice*)
jyamin@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Classes*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC. d/b/a Zimride, a Missouri corporation, and LYFT INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 4:14-cv-00596-SBA<br><br>**NOTICE OF CONSENT TO FILE FIRST AMENDED COMPLAINT AND STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT** |

1    Please take notice that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Lyft, Inc. and Enterprise Holdings, Inc. hereby provide their written consent for Plaintiff Miguel Garcia to amend his class action complaint, which shall be filed contemporaneously with this Notice.

Further, pursuant to Civil Local Rule 6-1(b), the Parties hereby stipulate that Defendants Lyft, Inc. and Enterprise Holdings, Inc. shall have until April 28, 2014 to file responsive pleadings to Plaintiff's Amended Complaint. The extended response time will not alter any other deadlines set by Court order in this action, and mirrors the extension the Parties agreed to following the filing of Plaintiff's original complaint. (*See* Dkt. Nos. 19, 25; Declaration of Benjamin S. Thomassen, attached hereto as Exhibit A.)

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | **MIGUEL GARCIA**, individually and on behalf of all others similarly situated, |
| Dated: March 28, 2014 | By:   /s/ Benjamin S. Thomassen<br>         Benjamin S. Thomassen |
|  | Mark Eisen (SBN - 289009)<br>meisen@edelson.com<br>EDELSON PC<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Tel: 213.533.4100<br>Fax: 213.947.4251 |
|  | Jay Edelson (Admitted *Pro Hac Vice*)<br>jedelson@edelson.com<br>Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Benjamin S. Thomassen (Admitted *Pro Hac Vice*)<br>bthomassen@edelson.com<br>Jack Yamin (Admitted *Pro Hac Vice*)<br>jyamin@edelson.com<br>Chandler R. Givens (Admitted *Pro Hac Vice*)<br>cgivens@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |

|   |   |
|---|---|
| | **DEFENDANT LYFT, INC.** |
| Dated: March 28, 2014 | By: /s/ Jennifer A. Huber<br>      Jennifer A. Huber |
| | KEKER & VAN NEST LLP<br>RACHAEL E. MENY - #178514<br>rmeny@kvn.com<br>JENNIFER A. HUBER - #250143<br>jhuber@kvn.com<br>MICHELLE S. YBARRA - #260697<br>mybarra@kvn.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:   415-391-5400<br>Facsimile:    415-397-7188 |
| | **DEFENDANT ENTERPRISE HOLDINGS, INC.** |
| Dated: March 28, 2014 | By: /s/ J. Daniel Sharp<br>      J. Daniel Sharp |
| | CROWELL & MORING LLP<br>J. Daniel Sharp (CSB No. 131042)<br>dsharp@crowell.com<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111<br>Telephone: 415.986.2800<br>Facsimile: 415.986.2827 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  3/31/2014

_____
HONORABLE SANDRA BROWN ARMSTRONG
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin S. Thomassen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: March 28, 2014       By:   /s/ Benjamin S. Thomassen
                                  Benjamin S. Thomassen