1   KEKER & VAN NEST LLP
    RACHAEL E. MENY - #178514
2   rmeny@kvn.com
    JENNIFER A. HUBER - #250143
3   jhuber@kvn.com
    MICHELLE S. YBARRA - #260697
4   mybarra@kvn.com
    633 Battery Street
5   San Francisco, CA  94111-1809
    Telephone:     (415) 391-5400
6   Facsimile:     (415) 397-7188

7   Attorneys for Defendant
    LYFT, INC.
8

9   CROWELL & MORING LLP
    J. DANIEL SHARP - #131042
10  dsharp@crowell.com
    275 Battery Street, 23rd Floor
11  San Francisco, CA  94111
    Telephone:     (415) 986-2800
12  Facsimile:     (415) 986-2827

13  Attorneys for Defendant
    ENTERPRISE HOLDINGS, INC.
14

EDELSON PC
MARK EISEN - #289009
meisen@edelson.com
555 West Fifth Street, 31st Floor
Los Angeles, CA  90013
Telephone:     (213) 533-4100
Facsimile:     (213) 947-4251

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN S. THOMASSEN (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
JACK YAMIN (Admitted *Pro Hac Vice*)
jyamin@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:     (312) 589-6370
Facsimile:     (312) 589-6378

Attorneys for Plaintiff
MIGUEL GARCIA

15

16

17                         UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                             OAKLAND DIVISION

20

21  MIGUEL GARCIA, individually and on
    behalf of all others similarly situated,

22              Plaintiff,

23          v.

24  ENTERPRISE HOLDINGS, INC., a
    Missouri corporation, and LYFT INC. d/b/a
25  Zimride, a Delaware corporation,

26              Defendants.

27

28

Case No. 4:14-cv-00596-SBA

**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**

Judge: Hon. Saundra Brown Armstrong

Date Filed:  February 7, 2014

813969.01

1    WHEREAS, Plaintiff Miguel Garcia ("Plaintiff") filed the Complaint in this action against

2 Defendants Lyft, Inc. ("Lyft") and Enterprise Holdings, Inc. d/b/a Zimride ("Enterprise")

3 (collectively, "Defendants") on February 7, 2014; and

4    WHEREAS Plaintiff filed a First Amended Complaint on March 28, 2014; and

5    WHEREAS Plaintiff agreed to grant an extension of time for Defendants to respond to the

6 First Amended Complaint to April 28, 2014, and the Court has so ordered; and

7    WHEREAS, pursuant to the Court's February 25, 2014 Case Management Scheduling

8 Order (Dkt. #23), April 15, 2014 is the last day for the parties to conduct their Rule 26(f)

9 conference, meet and confer regarding ADR and a discovery plan, and comply with ADR L.R. 3-

10 5, and April 29, 2014 is the last day for the parties to file their Rule 26(f) report, complete initial

11 disclosures, and file a Case Management Statement in the above-captioned matter (collectively,

12 the April 15 and April 29 deadlines are referred to as the "Initial Discovery Deadlines"); and

13    WHEREAS, the parties are currently scheduled to appear telephonically before this Court

14 for the initial Case Management Conference on May 7, 2014 at 3:15 p.m.; and

15    WHEREAS, the parties agree that it would be most convenient and efficient to continue

16 the Initial Discovery Deadlines and Case Management Conference by 30 days.

17    THEREFORE, the parties hereby stipulate as follows:

18
## STIPULATION
19

20    1.    The parties, by and through their undersigned counsel, hereby stipulate and

21 respectfully request a continuance of the Initial Discovery Deadlines until May 15, 2014 and May

22 29, 2014 respectively, and a continuance of the Case Management Conference scheduled for May

23 7, 2014 until June 4, or 5, 2014 or as soon as practicable thereafter as the availability of the

24 Court's calendar permits.

25    2.    The reason for the requested change of time for the Initial Discovery Deadlines

26 and initial Case Management Conference is that a First Amended Complaint was recently filed by

27 Plaintiff on March 28, 2014.  Plaintiff has agreed to grant an extension of time for Defendants to

28 respond to the First Amended Complaint until April 28, 2014, and the Court has so ordered.

1

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01

1    Therefore, so that the parties have sufficient time to consider the pleadings and the claims and

2    defenses raised therein, and in the interest of mutual convenience to the parties and the Court, the

3    parties believe that it is prudent to continue the Case Management Conference and Initial

4    Discovery Deadlines until after Defendants have filed their responsive pleading on April 28,

5    2014.

6              3.        Three other time modifications have been made by stipulation in this matter.  On

7    February 21, 2014, Plaintiff and Enterprise stipulated that the time for Enterprise to respond to the

8    original Complaint would be extended until April 4, 2014.  *See* Dkt. 19.  On February 25, 2014,

9    Plaintiff and Lyft stipulated that the time for Lyft to respond to the original Complaint would also

10   be extended to April 4, 2014.  *See* Dkt. 25.  Following the filing of the First Amended Complaint,

11   the parties stipulated to extend the time for Defendants to respond to the First Amended

12   Complaint until April 28, 2014, and the Court so ordered on March 31, 2014.  *See* Dkt. 30.

13   Additionally, the Court previously ordered that the initial Case Management Conference be

14   continued from May 6, 2014 to May 7, 2014.  *See* Dkt. 23.  No other time modifications have

15   been ordered by the Court.

16             4.        The effect of this requested time modification would be to move the deadlines for

17   the exchange of initial disclosures under Federal Rule of Civil Procedure 26(a)(1), the conference

18   of the parties under Federal Rule of Civil Procedure 26(f), the submission of the Federal Rule of

19   Civil Procedure 26(f) Joint Statement, and the ADR deadlines set by Civil Local Rule 16-8 and

20   ADR Local Rule 3-5.  The proposed time modification would also postpone the date on which the

21   parties may commence discovery under Federal Rule of Civil procedure 26(d)(1).

22   /////

23   /////

24   /////

25   /////

26

27

28

2

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01

1        5.      All parties agree to the stipulation as indicated by their signatures below.  The

2   parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and

3   enter an Order thereupon.  A form of Proposed Order is filed herewith.

4

5   Dated:  April 4, 2014                                    EDELSON PC

6

7                                              By:   /s/ Benjamin S. Thomassen
                                                     BENJAMIN S. THOMASSEN

8                                                    Attorneys for Plaintiff

9

10  Dated:  April 4, 2014                                    KEKER & VAN NEST LLP

11

12                                             By:   /s/ Michelle S. Ybarra
                                                     RACHAEL E. MENY
13                                                   JENNIFER A. HUBER
                                                     MICHELLE S. YBARRA
14
                                                     Attorneys for Defendant
15                                                   LYFT, INC.

16

17  Dated:  April 4, 2014                                    CROWELL & MORING LLP

18                                             By:   /s/ J. Daniel Sharp
                                                     J. DANIEL SHARP
19
                                                     Attorneys for Defendant
20                                                   ENTERPRISE HOLDINGS, INC.

21

22                                    **ATTESTATION**

23        Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

24  filing of this document has been obtained from the other signatories.

25

26  Dated:  April 4, 2014
                                                      /s/ Michelle S. Ybarra
27                                                    MICHELLE S. YBARRA

28

3
STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01

1

**[PROPOSED] ORDER**

2       The Court having considered the above joint request, and good standing appearing

3 therefore, HEREBY ORDERS that the scheduled initial Case Management Conference date of

4 May 7, 2014  is vacated, and shall be rescheduled for telephonic hearing on June  18  , 2014

5 at  3:15 p.m.  .

6       Further, the April 15, 2014 and April 29, 2014 deadlines set forth in the Order Setting

7 Initial CMC and ADR Deadlines (Dkt. 5) and Case Management Scheduling Order for

8 Reassigned Civil Cases (Dkt. 23) are vacated and reset for May 15, 2014 and May 29, 2014,

9 respectively.

10       IT IS SO ORDERED.

11

DATED:   April  7 , 2014

12

13

14                            By: _____

15                             Hon. Saundra Brown Armstrong
                            United States District Court

16                             Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

4

813969.01