KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
MICHELLE S. YBARRA - #260697
mybarra@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:      (415) 391-5400
Facsimile:      (415) 397-7188

Attorneys for Defendant
LYFT, INC.

CROWELL & MORING LLP
J. DANIEL SHARP - #131042
dsharp@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:      (415) 986-2800
Facsimile:      (415) 986-2827

Attorneys for Defendant
ENTERPRISE HOLDINGS, INC.

EDELSON PC
MARK EISEN - #289009
meisen@edelson.com
555 West Fifth Street, 31st Floor
Los Angeles, CA  90013
Telephone:      (213) 533-4100
Facsimile:      (213) 947-4251

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN S. THOMASSEN (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
JACK YAMIN (Admitted *Pro Hac Vice*)
jyamin@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:      (312) 589-6370
Facsimile:      (312) 589-6378

Attorneys for Plaintiff
MIGUEL GARCIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,<br><br>Defendants. | Case No. 4:14-cv-00596-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge:  Hon. Saundra Brown Armstrong<br><br>Date Filed:  February 7, 2014 |

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01

WHEREAS, Plaintiff Miguel Garcia ("Plaintiff") filed the Complaint in this action against Defendants Lyft, Inc. ("Lyft") and Enterprise Holdings, Inc. d/b/a Zimride ("Enterprise") (collectively, "Defendants") on February 7, 2014; and

WHEREAS Plaintiff filed a First Amended Complaint on March 28, 2014; and

WHEREAS Plaintiff agreed to grant an extension of time for Defendants to respond to the First Amended Complaint to April 28, 2014, and the Court has so ordered; and

WHEREAS, pursuant to the Court's February 25, 2014 Case Management Scheduling Order (Dkt. #23), April 15, 2014 is the last day for the parties to conduct their Rule 26(f) conference, meet and confer regarding ADR and a discovery plan, and comply with ADR L.R. 3-5, and April 29, 2014 is the last day for the parties to file their Rule 26(f) report, complete initial disclosures, and file a Case Management Statement in the above-captioned matter (collectively, the April 15 and April 29 deadlines are referred to as the "Initial Discovery Deadlines"); and

WHEREAS, the parties are currently scheduled to appear telephonically before this Court for the initial Case Management Conference on May 7, 2014 at 3:15 p.m.; and

WHEREAS, the parties agree that it would be most convenient and efficient to continue the Initial Discovery Deadlines and Case Management Conference by 30 days.

THEREFORE, the parties hereby stipulate as follows:

## STIPULATION

1.       The parties, by and through their undersigned counsel, hereby stipulate and respectfully request a continuance of the Initial Discovery Deadlines until May 15, 2014 and May 29, 2014 respectively, and a continuance of the Case Management Conference scheduled for May 7, 2014 until June 4, or 5, 2014 or as soon as practicable thereafter as the availability of the Court's calendar permits.

2.       The reason for the requested change of time for the Initial Discovery Deadlines and initial Case Management Conference is that a First Amended Complaint was recently filed by Plaintiff on March 28, 2014.  Plaintiff has agreed to grant an extension of time for Defendants to respond to the First Amended Complaint until April 28, 2014, and the Court has so ordered.

1
STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01

Therefore, so that the parties have sufficient time to consider the pleadings and the claims and defenses raised therein, and in the interest of mutual convenience to the parties and the Court, the parties believe that it is prudent to continue the Case Management Conference and Initial Discovery Deadlines until after Defendants have filed their responsive pleading on April 28, 2014.

3.     Three other time modifications have been made by stipulation in this matter.  On February 21, 2014, Plaintiff and Enterprise stipulated that the time for Enterprise to respond to the original Complaint would be extended until April 4, 2014.  *See* Dkt. 19.  On February 25, 2014, Plaintiff and Lyft stipulated that the time for Lyft to respond to the original Complaint would also be extended to April 4, 2014.  *See* Dkt. 25.  Following the filing of the First Amended Complaint, the parties stipulated to extend the time for Defendants to respond to the First Amended Complaint until April 28, 2014, and the Court so ordered on March 31, 2014.  *See* Dkt. 30. Additionally, the Court previously ordered that the initial Case Management Conference be continued from May 6, 2014 to May 7, 2014.  *See* Dkt. 23.  No other time modifications have been ordered by the Court.

4.     The effect of this requested time modification would be to move the deadlines for the exchange of initial disclosures under Federal Rule of Civil Procedure 26(a)(1), the conference of the parties under Federal Rule of Civil Procedure 26(f), the submission of the Federal Rule of Civil Procedure 26(f) Joint Statement, and the ADR deadlines set by Civil Local Rule 16-8 and ADR Local Rule 3-5.  The proposed time modification would also postpone the date on which the parties may commence discovery under Federal Rule of Civil procedure 26(d)(1).

////

////

////

////

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01

5.      All parties agree to the stipulation as indicated by their signatures below.  The parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon.  A form of Proposed Order is filed herewith.

Dated:  April 4, 2014                                          EDELSON PC


                                                      By:    /s/ Benjamin S. Thomassen
                                                             BENJAMIN S. THOMASSEN

                                                             Attorneys for Plaintiff


Dated:  April 4, 2014                                          KEKER & VAN NEST LLP


                                                      By:    /s/ Michelle S. Ybarra
                                                             RACHAEL E. MENY
                                                             JENNIFER A. HUBER
                                                             MICHELLE S. YBARRA

                                                             Attorneys for Defendant
                                                             LYFT, INC.


Dated:  April 4, 2014                                          CROWELL & MORING LLP


                                                      By:    /s/ J. Daniel Sharp
                                                             J. DANIEL SHARP

                                                             Attorneys for Defendant
                                                             ENTERPRISE HOLDINGS, INC.


**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated:  April 4, 2014

                                                        /s/ Michelle S. Ybarra
                                                       MICHELLE S. YBARRA

3

**[PROPOSED]** **ORDER**

The Court having considered the above joint request, and good standing appearing therefore, HEREBY ORDERS that the scheduled initial Case Management Conference date of May 7, 2014  is vacated, and shall be rescheduled for telephonic hearing on June  18  , 2014 at  3:15 p.m.

Further, the April 15, 2014 and April 29, 2014 deadlines set forth in the Order Setting Initial CMC and ADR Deadlines (Dkt. 5) and Case Management Scheduling Order for Reassigned Civil Cases (Dkt. 23) are vacated and reset for May 15, 2014 and May 29, 2014, respectively.

IT IS SO ORDERED.

DATED:    April  7 , 2014

By: _____
Hon. Saundra Brown Armstrong
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT
CONFERENCE AND ASSOCIATED DEADLINES
Case No. 4:14-cv-00596-SBA

813969.01