| | |
|---|---|
| KEKER & VAN NEST LLP<br>RACHAEL E. MENY - #178514<br>rmeny@kvn.com<br>JENNIFER A. HUBER - #250143<br>jhuber@kvn.com<br>MICHELLE S. YBARRA - #260697<br>mybarra@kvn.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:     (415) 391-5400<br>Facsimile:     (415) 397-7188<br><br>Attorneys for Defendant<br>LYFT, INC. | CROWELL & MORING LLP<br>J. DANIEL SHARP - #131042<br>dsharp@crowell.com<br>275 Battery Street, 23rd Floor<br>San Francisco, CA  94111<br>Telephone:     (415) 986-2800<br>Facsimile:     (415) 986-2827<br><br>Attorneys for Defendant<br>ENTERPRISE HOLDINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ENTERPRISE HOLDINGS, INC., d/b/a Zimride, a Missouri corporation, and LYFT INC., a Delaware corporation,<br><br>        Defendants. | Case No. 4:14-cv-00596-SBA<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:        June 10, 2014<br>Time:       1:00 p.m.<br>Dept:        Courtroom 1, 4th Floor<br><br>Judge:      Hon. Saundra B. Armstrong<br><br>Date Filed: February 7, 2014<br><br>Trial Date:  None set |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on June 10, 2014, at 1:00 p.m. or as soon thereafter as may be heard by this Court, Defendants Lyft, Inc. and Enterprise Holdings, Inc. (collectively "Defendants") will and hereby do move to dismiss Plaintiff Miguel Garcia's First Amended Complaint. Defendants' Motion to Dismiss is made pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice and accompanying Declaration of Michelle Ybarra, all pleadings on file in this matter, and other matters as may be presented to the Court at the time of the hearing or otherwise.

## ISSUES TO BE DECIDED (L.R. 7-4(a)(3))

1.  Does the Complaint fail to state a claim upon which relief can be granted where the plain language and legislative history of California Penal Code § 637.6 establish that it does not apply to these Defendants and does not proscribe the conduct alleged?

2.  Does the Complaint fail to state a claim upon which relief can be granted based on insufficient allegations as to the alleged disclosure of Plaintiff's personal information and lack of consent, and the fact that Plaintiff consented to any purported disclosure based on the judicially-noticeable Zimride Privacy Policy and Terms of Service?

3.  Does this case present a judiciable "case or controversy" within the meaning of Article III of the U.S. Constitution where Plaintiff has not alleged he suffered any cognizable injury in fact as a result of Defendants' alleged conduct?

## CERTIFICATION OF COMPLIANCE WITH STANDING ORDER

Counsel for Defendants certify that on April 22, 2014, we met and conferred by telephone with Ben Thomassen and Rafey Balabanian, counsel for Plaintiff Miguel Garcia. We discussed the arguments that Defendants intended to make in this Motion to Dismiss, including the inapplicability of California Penal Code § 637.6 to Defendants and the alleged conduct, and the

conclusory nature of the allegations, especially with the respect to alleged lack of consent and injury.

Dated: April 28, 2014

KEKER & VAN NEST LLP

By: */s/ Jennifer A. Huber*
JENNIFER A. HUBER

Attorney for Defendant
LYFT, INC.

Dated: April 28, 2014

CROWELL & MORING LLP

By: */s/ J. Daniel Sharp*
J. DANIEL SHARP

Attorney for Defendant
ENTERPRISE HOLDINGS, INC., d/b/a Zimride

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of Plaintiff's Motion to Dismiss First Amended Class Action Complaint and Memorandum of Points and Authorities in support thereof has been obtained from the other signatories.

Dated: April 28, 2014

*/s/ Rachael E. Meny*
RACHAEL E. MENY