1 | Mark Eisen (SBN - 289009)
meisen@edelson.com
2 | EDELSON PC
555 West Fifth Street, 31st Floor
3 | Los Angeles, California 90013
Tel: 213.533.4100
4 | Fax: 213.947.4251

5 | Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
6 | Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
7 | Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
8 | Jack D. Yamin (Admitted *Pro Hac Vice*)
jyamin@edelson.com
9 | Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
10 | EDELSON PC
350 North LaSalle Street, Suite 1300
11 | Chicago, Illinois 60654
Tel: 312.589.6370
12 | Fax: 312.589.6378

13 | *Attorneys for Plaintiff and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC. d/b/a Zimride, a Missouri corporation, and LYFT INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 4:14-cv-00596-SBA<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date: June 10, 2014<br>Time: 1:00 p.m.<br>Dept: Courtroom 1, 4th Floor<br><br>Judge: Hon. Saundra B. Armstrong<br><br>Date Filed: February 7, 2014<br><br>Trial Date: None set |

1   **THIS MATTER**, came before the Court on Defendants Lyft Inc.'s and Enterprise

2   Holdings, Inc.'s ("Defendants") Motion to Dismiss First Amended Class Action Complaint, filed

3   March 28, 2014, (Dkt. 33), and Request for Judicial Notice, (Dkt 35). Having considered the

4   parties' papers, argument, and all other pleadings and papers filed herein:

5       The Court finds, under the allegations set forth in Plaintiff Miguel Garcia's ("Plaintiff")

6   First Amended Complaint ("Complaint"), (Dkt. 29), and Ninth Circuit precedent, that Plaintiff has

7   Article III standing to pursue a cause of action under California Penal Code § 637.2 by virtue of

8   Defendants' alleged violation of his statutory rights under California Penal Code § 637.6. *See*

9   *Edwards v. First Am. Corp.*, 610 F.3d 514, 517 (9th Cir. 2010) (quoting *Fulfillment Servs. Inc. v.*

10  *United Parcel Serv., Inc.*, 528 F.3d 614, 618-19 (9th Cir. 2008)).

11      The Court further finds, under those same allegations, that Plaintiff states a valid claim for

12  relief under California Penal Code §§ 637.2 and 637.6 for (i) Defendants' implementation and

13  operation of a ridesharing program, (ii) Plaintiff's provision of personal information to Defendants

14  in relation to that ridesharing program, and (iii) Defendants' disclosure of that personal information

15  to a third party without his written consent.

16      Therefore, **IT IS HEREBY ORDERED** that, for the reasons stated in Plaintiff's Opposition

17  to Defendants' Request for Judicial Notice, (Dkt. 39), Defendants' Request for Judicial Notice is

18  **DENIED** with respect to Exhibits D, E, and F attached to the Declaration of Michelle Ybarra in

19  Support of Defendants' Motion to Dismiss.

20      **IT IS FURTHER ORDERED** that, for the reasons stated in this Order and in Plaintiff's

21  Corrected Opposition in Response to Defendants' Motion to Dismiss the Complaint, (Dkt. 40),

22  Defendants' Motion to Dismiss is **DENIED**.

23      **IT IS SO ORDERED.**

24

25  Dated: _____

                                              Honorable Saundra Brown Armstrong
26                                                UNITED STATES DISTRICT COURT

27

28  [PROPOSED] ORDER DENYING DEFENDANTS'    1    CASE NO. 4:14-cv-00596-SBA
    REQUEST FOR JUDICIAL NOTICE AND
    MOTION TO DISMISS