1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KEKER & VAN NEST LLP
RACHAEL E. MENY - #178514
rmeny@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
MICHELLE S. YBARRA - #260697
mybarra@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:      (415) 391-5400
Facsimile:      (415) 397-7188

Attorneys for Defendant
LYFT, INC.


CROWELL & MORING LLP
J. DANIEL SHARP - #131042
dsharp@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:     (415) 986-2800
Facsimile:      (415) 986-2827

Attorneys for Defendant
ENTERPRISE HOLDINGS, INC.

EDELSON PC
MARK EISEN - #289009
meisen@edelson.com
555 West Fifth Street, 31st Floor
Los Angeles, CA  90013
Telephone:     (213) 533-4100
Facsimile:      (213) 947-4251


JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
BENJAMIN S. THOMASSEN (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
JACK YAMIN (Admitted *Pro Hac Vice*)
jyamin@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, IL  60654
Telephone:     (312) 589-6370
Facsimile:      (312) 589-6378

Attorneys for Plaintiff
MIGUEL GARCIA


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT INC. d/b/a Zimride, a Delaware corporation,<br><br>    Defendants. | Case No. 4:14-cv-00596-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE *INSTANTER* ENLARGED OPPOSITION TO MOTION TO DISMISS AND EXTEND TIME  FOR REPLY**<br><br>Judge:  Hon. Saundra Brown Armstrong<br><br>Date Filed:  February 7, 2014 |

1    WHEREAS, Plaintiff Miguel Garcia ("Plaintiff") filed his First Amended Complaint on

2    March 28, 2014; and

3    WHEREAS, Defendants Lyft, Inc. and Enterprise Holdings, Inc. ("Defendants") filed a

4    Motion to Dismiss the First Amended Complaint, supporting Memorandum, and Request for

5    Judicial Notice on April 28, 2014; and

6    WHEREAS, Plaintiff filed an Opposition to the Request for Judicial Notice, and an

7    Opposition to the Motion to Dismiss on May 12, 2014 that is 19-pages in length;

8    WHEREAS, on May 13, 2014, Defendants informed Plaintiff that its Opposition to the

9    Motion to Dismiss exceeded the Court's 15-page limitation, but indicated that they would not

10   object to the enlarged brief if Defendants were permitted an additional week to prepare and file

11   their Reply in Support of their Motion to Dismiss, and Reply in Support of their Request for

12   Judicial Notice;

13   WHEREAS, Defendants' assent to Plaintiff's enlarged brief is contingent upon an

14   extension of time for Defendants' filing of Reply briefs;

15   WHEREAS, Defendants' Reply in Support of their Motion to Dismiss and Reply in

16   Support of their Request for Judicial Notice are presently due on May 19, 2014.

17   THEREFORE, the parties hereby stipulate and agree as follows:

18   **STIPULATION**

19   1.    The parties, by and through their undersigned counsel, hereby stipulate and

20   respectfully request that Plaintiff be permitted to file *instanter* an enlarged brief in opposition to

21   Defendants' Motion to Dismiss of 19-pages in length, which is presently filed at Docket Number

22   40;

23   2.    The parties, by and through their undersigned counsel, further stipulate and

24   respectfully request that Defendants' time in which to file a Reply in Support of their Motion to

25   Dismiss and Reply in Support of their Request for Judicial Notice be extended by one week and

26   one day, from May 19, 2014 to May 27, 2014, to account for the Memorial Day holiday.

27

28

1

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE INSTANTER ENLARGED
OPPOSITION TO MOTION TO DISMISS AND EXTEND TIME FOR REPLY
Case No. 4:14-cv-00596-SBA

824992.01

3.     The reason for the requested change of time for the Defendants' filing of their Reply in support of their Motion to Dismiss is to give Defendants sufficient time to fully consider and brief the issues raised by Plaintiff's filed Opposition to Defendants' Motion to Dismiss, and thereby give the Court a complete record for consideration.

4.     Four other time modifications have been made by stipulation in this matter.  On February 21, 2014, Plaintiff and Enterprise stipulated that the time for Enterprise to respond to the original Complaint would be extended until April 4, 2014.  *See* Dkt. 19.  On February 25, 2014, Plaintiff and Lyft stipulated that the time for Lyft to respond to the original Complaint would also be extended to April 4, 2014.  *See* Dkt. 25.  Following the filing of the First Amended Complaint, the parties stipulated to extend the time for Defendants to respond to the First Amended Complaint until April 28, 2014, and the Court so ordered on March 31, 2014.  *See* Dkt. 30. Finally, the parties stipulated to continue their Initial Discovery Deadlines until May 15, 2014 and May 29, 2014 respectively, and to continue the Case Management Conference, which the Court so ordered on April 7, 2014. Pursuant to the April 7, 2014 order, the Case Management Conference was continued until June 18, 2014. Additionally, the Court previously ordered that the initial Case Management Conference be continued from May 6, 2014 to May 7, 2014.  *See* Dkt. 23.  No other time modifications have been ordered by the Court.

5.     The effect of this requested time modification would be to extend the briefing scheduling on Defendants' Motion to Dismiss, and Request for Judicial Notice by one week.  To allow the Court sufficient time to fully consider the briefing submitted in support of and opposition to Defendants' Motion to Dismiss, the parties agree that—at the Court's discretion— the hearing date for the Motion should also be extended by 7 days, *i.e.*, from June 10, 2014 to June 17, 2014.

6.     All parties agree to the stipulation as indicated by their signatures below.  The parties respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon.  A form of Proposed Order is filed herewith.

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE INSTANTER ENLARGED
OPPOSITION TO MOTION TO DISMISS AND EXTEND TIME FOR REPLY
Case No. 4:14-cv-00596-SBA

824992.01

1    Dated:  May 13, 2014                                    EDELSON PC

2

3                                                By:   /s/ Benjamin S. Thomassen
                                                       BENJAMIN S. THOMASSEN

4                                                      Attorneys for Plaintiff

5

6    Dated:  May 13, 2014                                    KEKER & VAN NEST LLP

7

8                                                By:   /s/ Michelle S. Ybarra
                                                       MICHELLE S. YBARRA

9
                                                       Attorneys for Defendant
10                                                     LYFT, INC.

11
     Dated:  May 13, 2014                                    CROWELL & MORING LLP
12

13                                               By:   /s/ J. Daniel Sharp
                                                       J. DANIEL SHARP

14
                                                       Attorneys for Defendant
15                                                     ENTERPRISE HOLDINGS, INC.

16

17                                        **ATTESTATION**

18         Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

19   filing of this document has been obtained from the other signatories.

20
     Dated:  May 13, 2014
21                                                      /s/ Benjamin S. Thomassen_____
                                                       BENJAMIN S. THOMASSEN
22

23

24

25

26

27

28
                                                3

1

**[PROPOSED]** **ORDER**

2        The Court having considered the above joint request, and good standing appearing

3    therefore, HEREBY ORDERS that:

4        (1) Plaintiff may file a 19-page brief in Opposition to Defendants' Motion to Dismiss.

5    The brief filed at Docket Number 40 is hereby deemed filed; and

6        (2) Defendants'  Reply in Support of their Motion to Dismiss, and Reply in Support of

7    Request for Judicial Notice shall be filed by May 27, 2014.

8        Further, the June 10, 2014 hearing at 1:00 p.m. on Defendants' Motion to Dismiss, (Dkt.

9    33), is vacated and reset for June 17, 2014 at 1:00 p.m.

10       IT IS SO ORDERED.

11

DATED:    May 14, 2014

12

13

14                                                       By: _____
                                                          Hon. Saundra Brown Armstrong
15                                                        United States District Court
                                                          Northern District of California
16

17

18

19

20

21

22

23

24

25

26

27

28

4

824992.01