1  KEKER & VAN NEST LLP
   RACHAEL E. MENY - #178514
2  rmeny@kvn.com
   JENNIFER A. HUBER - #250143
3  jhuber@kvn.com
   MICHELLE S. YBARRA - #260697
4  mybarra@kvn.com
   633 Battery Street
5  San Francisco, CA  94111-1809
   Telephone:     (415) 391-5400
6  Facsimile:     (415) 397-7188

7  Attorneys for Defendant
   LYFT, INC.

8

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14
   MIGUEL GARCIA, individually and on behalf    Case No. 4:14-cv-00596-SBA
15 of all others similarly situated,
                                                 **ADR CERTIFICATION BY PARTIES
16              Plaintiff,                        AND COUNSEL**

17         v.                                     Judge:      Hon. Saundra B. Armstrong

18 ENTERPRISE HOLDINGS, INC., d/b/a              Date Filed: February 7, 2014
   Zimride, a Missouri corporation, and LYFT
19 INC., a Delaware corporation,                 Trial Date:  None set

20              Defendants.

21

22

23

24

25

26

27

28

825348

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 15, 2014

By:  _/s/ Kristin Sverchek_____

For LYFT, INC.

Dated: May 15, 2014                    KEKER & VAN NEST LLP

By:  _/s/ Michelle S. Ybarra_____
MICHELLE S. YBARRA

Attorney for Defendant
LYFT, INC.

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. 4:14-cv-00596-SBA

825348