Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Jack D. Yamin (Admitted *Pro Hac Vice*)
jyamin@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Classes*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC. d/b/a Zimride, a Missouri corporation, and LYFT INC., a Delaware corporation,<br><br>*Defendants*. | Case No. 4:14-cv-00596-SBA<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>Date Filed: February 7, 2014<br><br>Trial Date: None set |

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process

X request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: June 18, 2014

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Rafey S. Balabanian | Plaintiff Garcia | (312) 589-6370 | rbalabanian@edelson.com |
| Benjamin S. Thomassen | Plaintiff Garcia | (312) 589-6370 | bthomassen@edelson.com |
| Jennifer A. Huber | Defendant Lyft | (415) 391-5400 | jhuber@kvn.com |
| Rachael Meny | Defendant Lyft | (415) 391-5400 | rmeny@kvn.com |
| J. Daniel Sharp | Defendant Enterprise | (415) 365-7372 | dsharp@crowell.com |

Dated: May 15, 2014                    /s/ Benjamin S. Thomassen
                                       Attorney for Plaintiff Garcia

Dated: May 15, 2014                    /s/ Jennifer A. Huber
                                       Attorney for Defendant Lyft, Inc.

Dated: May 15, 2014                    /s/ J. Daniel Sharp
                                       Attorney for Defendant Enterprise, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 15, 2014                         /s/ Benjamin S. Thomassen