UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERPRISE HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00596-SBA (KAW)<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 53 |

On July 7, 2014, Defendants in the above-captioned case filed a request to temporarily stay discovery pending resolution of their motion to dismiss. On July 21, 2014, the matter was referred to the undersigned.

While Defendants' filing was docketed as a joint discovery letter brief, the filing only contains Defendants' position on the discover issue. This does not comply with this Court's General Standing Order. *See* General Standing Order ¶ 12. The parties are required to file a joint letter brief, not individual submissions. *See id.*

Accordingly, Defendants' discovery letter brief is hereby TERMINATED. The parties are to jointly prepare an updated joint letter that complies with the Court's General Standing Order. Upon receipt of the joint letter, the Court will determine whether a hearing is necessary or if any outstanding issues are suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: 08/05/2014

KANDIS A. WESTMORE
United States Magistrate Judge