Samuel M. Lasser (SBN - 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Putative Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GARCIA, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>ENTERPRISE HOLDINGS, INC., a Missouri corporation, and LYFT, INC. d/b/a Zimride, a Delaware corporation,<br><br>    *Defendants*. | Case No. 4:14-cv-00596-SBA<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. Saundra B. Armstrong<br><br>Action Filed: February 7, 2014 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Mark S. Eisen withdraws as local counsel of record for Plaintiff and the putative classes in the above-captioned matter. Samuel M. Lasser of the Law Office of Samuel Lasser, an attorney in good standing with the California bar, will replace Mr. Eisen as local counsel of record. Attorneys Jay Edelson, Rafey S. Balabanian, Benjamin S. Thomassen, and Chandler R. Givens will continue to represent Plaintiff and the putative classes in this action.

Respectfully submitted,

Dated: November 4, 2014          By: /s/ Mark S. Eisen

Dated: November 4, 2014          By: /s/ Samuel M. Lasser
                                      One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel M. Lasser (SBN - 252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

*Attorneys for Plaintiff and the Putative Classes*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Samuel M. Lasser, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: November 4, 2014     By:     By:     /s/ Samuel M. Lasser
                                             Samuel M. Lasser

## CERTIFICATE OF SERVICE

I, Samuel M. Lasser, hereby certify that on November 4, 2014, I served the above and foregoing *Notice of Change in Counsel* by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 4th day of November 2014.

                                                          /s/ Samuel M. Lasser
                                                          Samuel M. Lasser