UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MIGUEL CARCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ENTERPRISE HOLDINGS, INC., d/b/a Zimride, a Missouri corporation, and LYFT INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No:  C 14-00596 SBA<br><br>**JUDGMENT** |

On January 23, 2015, the Court granted Defendants' motion to dismiss with leave to amend.  Dkt. 83.  On February 13, 2015, Plaintiff filed a Notice of Election to Stand on His Complaint, stating that "entry of final judgment is now proper."  Dkt. 86.  Defendants do not oppose the entry of final judgment in this action.  Accordingly,

IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Defendants.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  2/20/15

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge